UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**WINDSONG AT BOCA DEL MAR
CONDOMINIUM ASSOCIATION, INC.,**

    **Plaintiff,**

vs.                                            CASE NO:  9:19-CV-81152-RLR

**EMPIRE INDEMNITY INSURANCE
COMPANY,**

    **Defendant**
_____/

## NOTICE OF SETTLEMENT

The parties, by counsel, and pursuant to Local Rule 16.4, respectfully notify the Court that the parties have agreed to settle all of the claims and/or issues raised in the above-captioned matter at the mediation that occurred on January 21, 2020. Counsel for the parties have agreed to the terms of the settlement and are in the process of obtaining signatures for the final release and settlement agreement. The parties intend to file a Stipulation of Dismissal upon the completion of execution of the settlement agreement and its terms and conditions.

**Dated**: January 22, 2020

| | |
|---|---|
| Clausen Miller P.C. | David Low & Associates, P.A. |
| 4830 West Kennedy Blvd., #600 | 2101 West Commercial Blvd., Ste. 2800 |
| Tampa, FL 33609 | Fort Lauderdale, FL 33309 |
| Telephone: 312-606-7782 | Telephone: 305.935.8986 |
| MRaudebaugh@clausen.com | David@davidlowpa.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| | |
| By: /s/ Michael Raudebaugh | By: /s/ David Low |
| MICHAEL RAUDEBAUGH | DAVID LOW |
| Florida Bar No.: 93803 | Florida Bar No.: 67957 |

6425065.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2020, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

                CLAUSEN MILLER, P.C.

        By: /s/ Michael Raudebaugh, Esquire
            MICHAEL RAUDEBAUGH, ESQ.
            FBN: 93803

6425065.1