UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:19-cv-81152-RLR

**MEDIATION REPORT**

WINDSONG AT BOCA DEL MAR
CONDOMINIUM ASSOCIATION, INC,

    Plaintiff(s),

vs

EMPIRE INDEMNITY INSURANCE,

    Defendant(s).
_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: January 21, 2020. The results of the mediation conference are as follows:

- [✓] All required parties were present *or*

- [ ] The following required parties were not present: _____

- [ ] An agreement was reached.

- [✓] A **confidential** settlement agreement was reached.

- [ ] No agreement was reached.

- [ ] The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

- [ ] The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

- [ ] Other: _____

Respectfully Submitted:

_____
John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel